UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| KAREN LOUISE SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Civil No. 2:18-cv-00216-SI<br><br><br>ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, it is hereby ordered that EAJA attorney's fees of $4,733.51 shall be awarded to Plaintiff. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, as discussed in *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010), then the check for EAJA fees shall be made payable to Brian Scott Wayson, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Brian Scott Wayson, at PO Box 12028 Portland, OR 97212.

DATED this  29th  day of  July , 2019.

 /s/ Michael H. Simon 
Michael H. Simon
United States District Court Judge

ORDER AWARDING EAJA ATTORNEY FEES
2:18-cv-00216-SI