UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Karen Smith,

    Plaintiff,

<u>Civil Action No. 2:18-CV-00216-SI</u>

ORDER AWARDING ATTORNEY FEES

PURSUANT TO 42 USC 406(b)

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Pursuant to 42 USC 406(b) it is hereby ordered that attorney's fees of $18,169.74 shall be awarded to Plaintiff's counsel. The attorney fee of $4,733.51 allowed pursuant to the Equal Access to Justice Act already has been deducted from the gross fee amount contemplated by 42 USC 406(b). The check for the net 42 USC 406(b) fees shall be made payable to Brian Scott Wayson. Any check for 42 USC 406(b) fees shall be mailed to Plaintiff's counsel, Brian Scott Wayson, at PO Box 12028 Portland, OR 97212.

IT IS SO ORDERED.

DATED this <u>  18th  </u> day of <u>  December                </u>, 2020.

      <u>/s/ *Michael H. Simon*                </u>
      The Hon. Michael H. Simon
      United States District Judge

ORDER AWARDING 406(b) ATTORNEY FEES
2:18-CV-00216-SI